AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-cr-00073 |
| | ) Assigned To : Kollar-Kotelly, Colleen |
| THOMAS COLUMBIAN | ) Assign. Date : 5/18/2023 |
| | ) Description: Superseding Indictment (B) |
| | ) Related Case: 23-cr-73 (CKK) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __THOMAS COLUMBIAN__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Date: __05/18/2023__

Zia M. Faruqui
2023.05.18 16:04:25
-04'00'

*Issuing officer's signature*

City and state: __WASHINGTON, D.C.__   __ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE__
*Printed name and title*

### Return

This warrant was received on *(date)* __5/18/2023__, and the person was arrested on *(date)* __6/02/2023__
at *(city and state)* __DC DC__.

Date: __5/18/2023__

Trejo
*Arresting officer's signature*

Trejo M
*Printed name and title*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

Digitally signed by Shedelle Dorsett
Date: 2023.05.22 12:45:22 -04'00'